■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY RICHARDSON, Appellant. — Judgment of resentence, Supreme Court, New York County (Robert Haft, J.), rendered on October 6, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Sullivan and Milonas, JJ.

■ SEABOARD SURETY COMPANY, Appellant-Respondent, v STATE OF NEW YORK, Respondent-Appellant. (Claim No. 65087.) — Judgment, Court of Claims of the State of New York (Frank Rossetti, J.), entered on October 28, 1983, unanimously affirmed, without costs and without disbursements. The cross appeal taken by defendant-respondent-appellant is unanimously dismissed, without costs and without disbursements, as abandoned. No opinion. Concur — Sandler, J. P., Ross, Carro, Silverman and Kassal, JJ.

■ NATSFORD BECKFORD, Respondent, v MONTEFIORE HOSPITAL AND MEDICAL CENTER, Appellant. — Order, Supreme Court, Bronx County (Walter Gorman, J.), entered on December 29, 1983, unanimously affirmed, without costs and without disbursements. The appeal from the judgment of said court, entered on October 14, 1983, is dismissed as having been subsumed in the appeal from the aforesaid order, and the judgment is vacated, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Ross, Carro, Silverman and Kassal, JJ.

■ ELIZABETH BENSON, Appellant, v KIPS BAY TOWERS ASSOCIATES et al., Respondents. KIPS BAY TOWERS ASSOCIATES, Petitioner, v GUIDO G. DE SILVA et al., Respondents. — Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered on October 24, 1983, unanimously affirmed for the reasons stated by Herman Cahn, J., at Special Term. Defendants-respondents shall recover of plaintiff-appellant $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sullivan, Asch, Milonas and Alexander, JJ.